IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD EUGENE COOKS, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | No. CIV-07-95-C |
| ) | |
| MARTY SIRMONS, Warden, ) | |
| ) | |
| Respondent ) | |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on February 28, 2007.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 7), and for the reasons announced therein, the petition for habeas corpus relief is dismissed, as untimely.  As no amendment can cure the defect, this dismissal acts as an adjudication on the merits, and a judgment will enter.

IT IS SO ORDERED this 28th day of March, 2007.

ROBIN J. CAUTHRON
United States District Judge